IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 05-01114 JW

In re: Acacia Media Technologies Corp.

**ORDER FOR THE CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASES**

And All Related and/or Consolidated Actions.

_____/

Since the above entitled case has been pending as an MDL case and C 05-1114 has served as the lead case, the Court orders the Clerk of Court to administratively close the following cases:

| | | |
|---|---|---|
| (1) | 04-cv-03789-JW | Acacia Media v. Mediacom Communications |
| (2) | 05-cv-01399-JW | Acacia Media v. Mid-Continent Media, Inc., et al. |
| (3) | 05-cv-01543-JW | Acacia Media v. Armstrong Group, et al. |
| (4) | 05-cv-01561-JW | Acacia Media v. Game Link Inc. |
| (5) | 05-cv-01563-JW | Acacia Media v. Cybernet Ventures Inc., et al. |
| (6) | 05-cv-01564-JW | Acacia Media v. Global AVS Inc. |
| (7) | 05-cv-01565-JW | Acacia Media v. ICS Inc., et al. |
| (8) | 05-cv-01566-JW | Acacia Media v. National A-1 Advertising Inc. |
| (9) | 05-cv-01568-JW | Acacia Media v. New Destiny Internet Group LLC, et al. |
| (10) | 05-cv-01569-JW | Acacia Media v. Audio Communications Inc. |
| (11) | 05-cv-01570-JW | Acacia Media v. VS Media Inc., et al. |
| (12) | 05-cv-01571-JW | Acacia Media v. Ademia Multimedia LLC |
| (13) | 05-cv-01572-JW | Acacia Media v. International Web Innovations Inc., et al. |
| (14) | 05-cv-01573-JW | Acacia Media v. Adult Entertainment Broadcast Network |
| (15) | 05-cv-01574-JW | Acacia Media v. Cyber Trend Inc. |
| (16) | 05-cv-01575-JW | Acacia Media v. Lightspeedcash |
| (17) | 05-cv-01576-JW | Acacia Media v. Innovative Ideas International, et al. |
| (18) | 05-cv-01598-JW | Acacia Media v. Cable America Corp., et al. |
| (19) | 05-cv-01703-JW | Acacia Media v. Cebridge Connections |
| (20) | 05-cv-01665-JW | In re: Acacia Media Technologies Corp. |

Dated: September 30, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

| | |
|---|---|
| 1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:** |

Alan P. Block blocka@hbdlawyers.com
Alfredo A. Bismonte abismonte@beckross.com
Annamarie A. Daley aadaley@rkmc.com
Asim M. Bhansali amb@kvn.com
Benjamin Hershkowitz bhershkowitz@goodwinprocter.com
Bobby T. Shih bshih@mount.com
Bradford P. Lyerla blyerla@marshallip.com
Daniel Reisner dreisner@kayescholer.com
Daniel E. Jackson djackson@kvn.com
Daralyn J. Durie ddurie@kvn.com
David Benyacar dbenyacar@kayescholer.com
David A. York david.york@lw.com
David J. Silbert djs@kvn.com
David P. Pearson dpearson@winthrop.com
Emmett J. McMahon ejmcmahon@rkmc.com
J. Timothy Nardell EfilingJTN@cpdb.com
James Michael Slominski jslominski@hh.com
Jan J. Klohonatz jklohonatz@tcolaw.com
Jason A. Crotty jcrotty@mofo.com
Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com
Jeffrey H. Dean jdean@marshallip.com
Jeremy Michael Duggan jduggan@beckross.com
Jon-Thomas Bloch jbloch@marshallip.com
Jonathan E. Singer singer@fr.com
Juanita R. Brooks brooks@fr.com
Kevin D. Hogg khogg@marshallip.com
Kevin G. McBride kgmcbride@jonesday.com
Kevin I. Shenkman shenkmank@hbdlawyers.com
Maria K. Nelson mknelson@jonesday.com
Marsha Ellen Mullin memullin@jonesday.com
Matthew I. Kreeger mkreeger@mofo.com
Michael J. McNamara michael.mcnamara@bakerbotts.com
Mitchell D. Lukin mitch.lukin@bakerbotts.com
Morgan William Tovey mtovey@reedsmith.com
Patrick J. Whalen pwhalen@spencerfane.com
Rachel Krevans rkrevans@mofo.com
Richard R. Patch rrp@cpdb.com
Roderick G. Dorman dormanr@hbdlawyers.com
Sean David Garrison sgarrison@lrlaw.com
Stephen E. Taylor staylor@tcolaw.com
Stephen P. Safranski spsafranski@rkmc.com
Todd Glen Miller miller@fr.com
Todd R. Tucker ttucker@rennerotto.com
Victor de Gyarfas vdegyarfas@foley.com
Victor George Savikas vgsavikas@jonesday.com
William J. Robinson wrobinson@foley.com
William R. Overend woverend@reedsmith.com
William R. Woodford woodford@fr.com

**Dated: September 30, 2008**

**Richard W. Wieking, Clerk**
**By:   /s/ JW Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**

2