IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: Acacia Media Technologies Corp. | NO. C 05-01114 JW<br>NO. M 05-01665 JW |
| | **JUDGMENT** |
| _____/ | |

Pursuant to the Court's October 23, 2009 Amended Order Granting Defendants' Motions for Summary Judgment (hereafter, "October 23 Order," Docket Item No. 354), there has now been an adjudication of all of the claims asserted by Plaintiff Acacia Media Technologies Corp. ("Acacia") against all of the remaining Defendants in this MDL proceeding. The Defendants are: Echostar Satellite LLC, Echostar Technologies Corp., DIRECTV Group, Inc., Time Warner Cable Inc., CSC Holdings, Inc., Hospitality Network, Inc., Cable America Corp., Comcast Cable Communications LLC, Coxcom Inc., Insight Communications Company, Inc., Charter Communications, Inc. (solely to the extent authorized by the Bankruptcy Court), Armstrong Group, Wide Open West LLC, Block Communications Inc., East Cleveland Cable TV and Communications LLC, Massillon Cable TV Inc., NPG Cable Inc., Mid-Continent Media, Inc., US Cable Holdings LP, Sjoberg's Cablevision, Inc., Savage Communications Inc., Loretel Cablevision, Cannon Valley Communications, Inc., Arvig Communication Systems, Cable One, Inc., Mediacom Communications Corporation, Bresnan Communications, Cequel III Communications I, LLC (dba Cebridge Connections), Game Link Inc., ACMP LLC, Cybernet Ventures Inc., Global AVS Inc., National A-1 Advertising Inc., AEBN Inc.,

Ademia Multimedia LLC, Audio Communications Inc., Cyber Trend Inc., Innovative Ideas International, Adult Revenue Service, Lightspeed Media Group Inc., New Destiny Internet Group LLC, VS Media Inc., Offendale Commercial Limited BV, AskCS.com, Inc., and International Web Innovations Inc. (collectively referred to in this Judgment as "Defendants").

First, for the reasons set forth in the October 23 Order, with respect to Defendants' counterclaims of invalidity under 35 U.S.C. § 112, ¶ 2 as to U.S. Patent Nos. 5,132,992 ("'992 Patent"), 5,550,863 ("'863 Patent"), 6,002,720 ("'720 Patent"), and 6,144,702 ("'702 Patent"), respectively, judgment is entered in favor of Defendants and against Acacia. The Court declares U.S. Patent Nos. '992, '863, '720, and '702 invalid.

Second, for the reasons set forth in the October 23 Order, with respect to Acacia's claims for infringement and Defendants' counterclaims for a declaration of non-infringement of the '992, the '863, the '720, and the '702 Patents, judgment is entered in favor of Defendants against Acacia. The Court declares that U.S. Patent Nos. '992, '863, '720, and '702 not infringed by Defendants.

Third, for the reasons set forth in the October 23 Order, with respect to Acacia's claims for infringement and Defendants' counterclaims for a declaration of non-infringement of U.S. Patent No. 5,253,275 ("'275 Patent") and with respect to Acacia's state law claims, because Acacia has voluntarily withdrawn all asserted claims of the '275 Patent and all state law claims, those claims are dismissed without prejudice.

The Court declares that Defendants are the prevailing parties and are entitled to recover costs of suit.

Accordingly, the Court finds that there is no just reason for delay of entry of final judgment in favor of Defendants and against Plaintiff Acacia. This is a full and final adjudication of all issues before this Court.

Dated: October 23, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam R. Alper aalper@kirkland.com
Alan P. Block blocka@hbdlawyers.com
Albert L. Underhill aunderhill@swlaw.com
Annamarie A. Daley aadaley@rkmc.com
Asim M. Bhansali amb@kvn.com
Benjamin Hershkowitz bhershkowitz@gibsondunn.com
Bobby T. Shih bshih@mount.com
Bradford P. Lyerla blyerla@marshallip.com
Bryant Carroll Boren bryant.c.boren@bakerbotts.com
Christopher Scott Marchese marchese@fr.com
Christopher W Kennerly chris.kennerly@bakerbotts.com
Daniel Reisner dreisner@kayescholer.com
Daniel E. Jackson djackson@kvn.com
Daralyn J. Durie ddurie@durietangri.com
David Benyacar dbenyacar@kayescholer.com
David A. York david.york@lw.com
David Jason Silbert djs@kvn.com
David Michael Hymas dhymas@mofo.com
David P. Pearson dpearson@winthrop.com
Emmett J. McMahon ejmcmahon@rkmc.com
Harold J. McElhinny HmcElhinny@mofo.com
J. Timothy Nardell tim@jtnlaw.com
James Michael Slominski jslominski@hh.com
Jason A. Crotty jcrotty@mofo.com
Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com
Jeffrey H. Dean jdean@marshallip.com
John C. Englander jenglander@goodwinprocter.com
Jon-Thomas Bloch jbloch@marshallip.com
Jonathan Elliot Singer singer@fr.com
Juanita R. Brooks brooks@fr.com
Kevin D. Hogg khogg@marshallip.com
Kevin G. McBride kgmcbride@jonesday.com
Kevin I. Shenkman shenkmank@hbdlawyers.com
Maria Kara Nelson mknelson@jonesday.com
Marsha Ellen Mullin memullin@jonesday.com
Matthew Ian Kreeger mkreeger@mofo.com
Michael J. McNamara michael.mcnamara@bakerbotts.com
Mitchell D. Lukin mitch.lukin@bakerbotts.com
Morgan William Tovey morgantovey@quinnemanuel.com
Patrick J. Whalen pwhalen@spencerfane.com
Paul A. Friedman pafriedman@mofo.com
Rachel Krevans rkrevans@mofo.com
Richard R. Patch rrp@cpdb.com
Robert Donald Carroll rcarroll@goodwinprocter.com
Roderick G. Dorman dormanr@hbdlawyers.com
Sean David Garrison sgarrison@lrlaw.com
Stephen E. Taylor staylor@tcolaw.com
Stephen P. Safranski spsafranski@rkmc.com
Todd Glen Miller miller@fr.com
Todd R. Tucker ttucker@rennerotto.com

Victor de Gyarfas vdegyarfas@foley.com
Victor George Savikas vgsavikas@jonesday.com
William Joseph Robinson wrobinson@foley.com
William R. Overend woverend@reedsmith.com
William R. Woodford woodford@fr.com

**Dated: October 23, 2009**                                   **Richard W. Wieking, Clerk**

                                              **By:  /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

United States District Court
For the Northern District of California